# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0943
LT Case No. 1986-CF-005907-A

_____

JOSEPH EDWARDS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Kathryn Michele Speicher, Judge.

Joseph Edwards, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

September 22, 2025

PER CURIAM.

    AFFIRMED. *See Wainwright v. State,* 411 So. 3d 392, 399 (Fla. 2025).

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____